# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN MATTISON,** | : | Civil Action No. 1:14-CV-02042 |
| Petitioner | : | (Judge Kane) |
| v. | : | |
| **JOHN E. WETZEL**, Acting Secretary, Pennsylvania Department of Corrections; **ROBERT GILMORE**, Superintendent of the State Correctional Institution at Greene; and **STEVEN GLUNT**, Superintendent of the State Correctional Institution at Rockview, | : | **THIS IS A CAPITAL CASE** |
| Respondents | : | |

### ORDER

**AND NOW**, this 16th day of December, 2015, upon consideration of Petitioner Kevin Mattison's unopposed motion to stay the federal proceedings or, in the alternative, dismiss without prejudice, to allow Petitioner to expeditiously exhaust federal claims for relief in state court (Doc. No. 22), **IT IS HEREBY ORDERED THAT:**

1) Petitioner's motion to dismiss without prejudice (Doc. No. 22) is **GRANTED**.

2) The Clerk of Court shall **CLOSE** this case.

3) There is no basis for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c).

S/ Yvette Kane
YVETTE KANE
United States District Judge